IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

08 JAN 29 PM 1:37

| | |
|---|---|
| ANTONIO J. HOWARD,<br>    DEFENDANT, | : <br> : <br> : |
| vs. | :   Original Criminal Case No:<br> :   CR-1-02-018 |
| UNITED STATES OF AMERICA,<br>    PLAINTIFF. | :   Hon. Judge Weber<br> : |

MOTION FOR REDUCTION OF SENTENCE
IN PURSUANT TO 18 U.S.C. § 3582(c)(2)

    Now Comes the defendant, Antonio Howard, in pro se, in the above action, and respectfully submits to this Honorable Court this motion for reduction of sentence as a result of Amendment 706, as amended in 711, hereinafter, "711", of the United States Sentencing Guidelines, "U.S.S.G." § 2D1.1, "Drug Quantity Offense Table." Howard was sentenced by this Court and has exhausted his appellate process before amendment "711" took effect on March 3, 2008.

    Based on the amended U.S.S.G. § [2D1.1(c)], Howard's total base offense level would be reduced from level (21), to level (19), Category (III). The reasons for amendment supports Howard being resentence at or below the low end of his amended guideline range. The Commission's findings that Howard's sentencing disparity is inconsistent with the 1986 Sentencing Act's goal of punishing major drug traffickers more severely than low-level dealers. Also, See, Kimbrough v. U.S, U.S. Supreme Court Case No. 06-6330, decided Dec. 10, 2007, (Echoing the Commission's findings of unjustifiable disparity of the 100 to 1 crack law). See, Filed PSR; J&C.

Howard's amended guideline range is (37-46) months. Howard is respectfully asking this Court to resentence him to the low end of his new amended guideline range and submit the following in support of his request:

- The Court's previous § 3553(a)(1)(2)(A-D) evaluation justified a sentence at the low end of the guideline range, and current family, community ties and post-sentencing conduct would justify a resentence at the low end of 37 months.

- A resentence of 37 months for total amount of drugs Howard was held accountable to would address the Commission's concerns as noted herein.

- Howard has no prior violent arrest and have not engaged in any serious infractions.

- Howard has participated in post-sentencing training to prepare himself for reentry back into his community and family lives. See, Attached Records.

Respectfully submitted,

Mr. Antonio J. Howard, Pro se
#03519-061
P.O. BOX 6001
Ashland, Ky 41105

Certificate of Service

I, Antonio J. Howard, hereby certify that a foregoing copy of this § 3582(c)(2) motion has been forwarded to, Timothy D. Oakley, AUSA, 221 East Fourth St., Suite 400, Cincinnati, Ohio 45202, on this 24th day of January, 2008, by regular U.S. Mail, first class mail.

Mr. Antonio J. Howard, Pro se

2

```
   ASH1H           *          INMATE EDUCATION DATA          *      01-17-2008
PAGE 001 OF 001 *                  TRANSCRIPT                *        09:04:03

REGISTER NO: 03519-061       NAME..: HOWARD                  FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: ASH-ASHLAND FCI

-----------------------------  EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME  STOP DATE/TIME
ASH  ESL HAS    ENGLISH PROFICIENT           04-15-2003 0928  CURRENT
ASH  GED EARNED GED EARNED IN BOP            02-15-2005 0930  CURRENT

-----------------------------  EDUCATION COURSES  ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
ASH        BUSINESS PLAN WORKSHOP       08-01-2006  09-12-2006  P   C  P    16
ASH        CALITHENICS                  07-17-2005  09-04-2005  P   C  P    18
ASH        CALITHENICS                  05-17-2005  07-11-2005  P   C  P    18
ASH        GED MR. MILLER, 0730-0900    07-07-2003  01-27-2005  P   C  P   416
ASH        GED MR. BUTCHER, 0745-0930   05-24-2004  01-03-2005  C   W  I     0
ASH        GENERAL EDUCATION DEVELOPMENT 12-02-2003 05-24-2004  C   W  I     0
ASH  SCP   GED MR. MILLER, 1200-1400    07-07-2003  12-02-2003  C   W  I     0

-----------------------------  HIGH TEST SCORES  -------------------------------
TEST       SUBTEST        SCORE      TEST DATE    TEST FACL   FORM      STATE
ABLE       LANGUAGE         9.0      12-29-2004   ASH         E
           NUMBER OPR      11.5      08-12-2003   ASH         E
           PROB SOLV       11.9      10-22-2003   ASH         F
           READ COMP       13.0      08-12-2003   ASH         E
           SPELLING         6.2      01-27-2004   ASH         E
           VOCABULARY      10.9      10-22-2003   ASH         F
GED        AVERAGE        454.0      02-07-2005   ASH         PASS      KY
           LIT/ARTS       510.0      02-07-2005   ASH         IB        KY
           MATH           460.0      02-07-2005   ASH         IB        KY
           SCIENCE        430.0      02-07-2005   ASH         IB        KY
           SOC STUDY      460.0      02-07-2005   ASH         IB        KY
           WRITING        410.0      02-07-2005   ASH         IB        KY




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```