```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:02-CR-018 |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| ANTONIO HOWARD | : | Judge Weber |

- - - - - - - - - - - - - - - - - -

William E. Hunt, First Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as co-counsel for the United States in the above captioned case.

```
                    Respectfully submitted,

                    GREGORY G. LOCKHART
                    United States Attorney


                    s/William E. Hunt
                    WILLIAM E. HUNT (0024951)
                    First Assistant U.S. Attorney
                    221 East Fourth Street
                    Suite 400
                    Cincinnati, Ohio 45202
                    (513) 684-3711
                    Fax: (513) 684-6710
                    William.Hunt @usdoj.gov
```

                    CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served this 7th day of April, 2008, by regular U.S. Mail on Antonio J. Howard, #03519-061, P.O. Box 6001, Ashland, KY 41105; and all other counsel by the Court's CM/ECF System.

```
                    s/William E. Hunt
                    WILLIAM E. HUNT (0024951)
                    First Assistant U.S. Attorney
```