UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                                      CR-1-02-18

ANTONIO HOWARD,

    Defendant

**ORDER**

**Counsel are advised that the above styled case is SCHEDULED for Hearing on Wednesday, September 24, 2008 at 3:00 p.m.**

**The Court will at that time hear oral argument on Defendant's Motion for Reduction of Sentence (#43).**

**IT IS SO ORDERED.**

                                                              _____s/Herman J. Weber_____
                                                                Judge Herman J. Weber
                                                                United States District Court